UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jeremiah Chesney,

                     Plaintiff(s),

v.                                                Case No. 2:14–cv–11097–GER–MJH
                                                Hon. Gerald E. Rosen

Jackson, City of, et al.,

                     Defendant(s),

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

    The following motion(s) have been filed:

        Motion for Summary Judgment – #12

    Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Gerald E. Rosen *without* oral argument.

    Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

    Courtesy copies are required only if briefs, together with exhibits, exceed twenty pages.

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                   By: s/J. Owens
                                                      Case Manager

Dated:   December 2, 2014