Original Document Placed on Shelf

**Stowers, Rhonda**

From:
Sent:
To:
Subject:



This is an automatic e-mail message
this e-mail because the mail box is
***NOTE TO PUBLIC ACCESS US
attorneys of record and parties
all documents filed electronically
apply to all other users. To avoid
viewing. However, if the refere
apply.

**Notice of Electronic Filing**

The following transaction was entered on 12/2/2014 at 11:54 AM EST and filed on 12/2/2014
**Case Name:**           Chesney v. Jackson, City of et al
**Case Number:**         2:14-cv-11097-GER-MJH
**Filer:**
**Document Number:** No document attached

**Docket Text:**
TEXT-ONLY ORDER Granting [11] MOTION for Leave to File *Exhibit in the Traditional Manner* filed by Timothy Black, cary kingston, William Mills, Peter Postma, Paul Gross, Jackson, City of. Signed by District Judge Gerald E. Rosen. (JOwe)

**2:14-cv-11097-GER-MJH Notice has been electronically mailed to:**

Audrey J. Forbush     aforbush@plunkettcooney.com, kforde@plunkettcooney.com

Ellisse S. Thompson     ethompson@plunkettcooney.com

Rhonda R. Stowers     rstowers@plunkettcooney.com, amcgrath@plunkettcooney.com

Steven W. Dulan     swdulan@stevenwdulan.com, alexander.t.keane@gmail.com

**2:14-cv-11097-GER-MJH Notice will not be electronically mailed to:**







Plaza One Financial Center • 111 East Court Street, Suite 1B • Flint, MI 48502

ATTN: Court Clerk
United States District Court
for the Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd.
Detroit, MI 48226

