Case Number: 2013-00012836. ORI: M13849700. Page: 3 of 13

ORIGINAL

13-012836
REPORTING OFFICER: OFFICER W. MILLS/063
5/15/13

INCIDENT TYPE: R & O
INCIDENT LOCATION: 1184 Jackson Crossing

CIRCUMSTANCES:

I was dispatched to the Secretary of State at 1184 Jackson Crossing, in reference to a man with a gun inside the Secretary of State. Central advised that a customer approached the service desk, stating that there was a subject that had a loaded handgun inside the Secretary of State.

Central advised that the suspect was an unknown, white male with long dark hair, carrying a backpack. Central also advised that the Secretary of State Office was a weapons-free zone. Central advised that this was advised to them by their manager, Angela. Central came back and advised that caller could not see the subject at this time but they knew that he was still in the office. They did not see a weapon on his person and were only going by what they were advised by the customer who approached the desk, who was unidentified.

As I responded to the location, I was receiving updates from Central Dispatch who were now advising that they could no longer see the subject and that the customer who advised them of this situation was no longer there. Central then added that there were no weapons-free zone signs posted at the Jackson Crossing.

I arrived on the scene and was outside when I was advised that the subject was now standing by a window, to the left of the southern door that I was at, standing outside. Central advised that the subject was pacing back and forth and that the complainant was nervous that something else was going on.

I estimated that approximately 50-plus subjects were in the lobby of the Secretary of State Office, along with small children and elderly subjects. I could tell that Officer Black had entered the northern part of the Secretary of State Office and was approaching. Officer Black began waving me in; at which time, I went in the southern door, making contact with the suspect, who I immediately noticed was carrying a pistol in a holster on his right side. I approached the subject and recognized him from a prior contact as being Jeremiah Chesney.

CONTACT WITH SUSPECT: JEREMIAH RAYMOND CHESNEY

Upon making contact with Jeremiah Chesney, I asked him immediately just to step outside, so we could talk to him about what was going on. I was unclear if Jeremiah Chesney was alone and I was very concerned for the safety of the other subjects inside the Secretary of State, not knowing what his intention was. I was unclear if Chesney was there to cause a disturbance, rob the Secretary of State or some other aggressive or inappropriate behavior.

Jeremiah Chesney was very agitated when I asked him to step outside and raised his voice in a manner that made me believe that he was being very confrontational with me. I asked Jeremiah Chesney politely a second time to just step outside, so we could talk about what was going on; he refused to do so, stating very firmly that he would not go outside, that he was staying inside the mall and that I had no right to demand him or force him to go outside.

Jeremiah Chesney's behavior began to escalate even further and made me even more concerned for the safety of the other subjects inside the Secretary of State Office, that some type of confrontation would erupt and I did not want that to occur to cause injuries or loss of life inside the Secretary of State Office.

ACTIONS:

Myself and Sergeant Paul Gross both grabbed an arm of Mr. Chesney's and began escorting him from the property. Chesney immediately tensed up and began pulling away. I directed Sergeant Gross to disarm Chesney. Myself and Sergeant Gross were physically holding onto Chesney, as he was trying to pull away and trying to stop us from holding him. Mr. Chesney was very loud, stating, "Let me go," and that we had no right to do what we were doing. I advised Mr. Chesney to relax, that we were going to go outside.

We did pause for a second, while Officer Black removed the pistol from Mr. Chesney's holster and we escorted him to the parking lot area by both of his arms. At that point, Mr. Chesney was not handcuffed and was escorted to the parking lot; my intent was to get him away from the crowd for the safety of the subjects inside, not knowing exactly what his intent was.

It should be noted that there was a backpack that was lying on a chair, near where Mr. Chesney was standing. There was also a cooler, which appeared to be like a lunch cooler, that was setting next to it. I believed these items to be Mr. Chesney's and was unclear what was in these packages and did not take the time or find the time to inspect these to determine if there were other weapons inside.