# CHESNEY v. CITY OF JACKSON, MICH., ET AL

## JEREMIAH R. CHESNEY

### October 23, 2014

Prepared by



**NetworkReporting** — STATEWIDE COURT REPORTERS

depos@networkreporting.com
Phone: 800.632.2720
Fax: 800.968.8653
www.networkreporting.com

*Let us assist you GLOBALLY for all of your deposition needs.*



EXHIBIT A

```
 1  Q    So did they have a problem with that?
 2  A    Yes.  Because they were unable to confirm that I had a valid
 3       concealed pistol license, they took my pistol.
 4  Q    Okay.  Anything else happen?  Did you get arrested?  Get a
 5       citation?
 6  A    No.
 7  Q    And when they asked you for your driver's license and your
 8       CPL, you would have complied had you had them with you;
 9       correct?
10  A    Would have immediately complied, yes.  I did immediately
11       take action to see that my licenses were delivered to the
12       officers.
13  Q    When you were arrested by the Jackson Police Department on
14       May 15th, 2013, your weapon had been seized.  Did you
15       retrieve your weapon from the police department?
16  A    To my knowledge, they still had my pistol, up until the
17       response from your office was that they do not.  The
18       response, I believe, from your office stated that they do
19       not have my pistol.  As far as what happened to it after May
20       15th, I could not tell you.
21  Q    Did you ever ask for it back?
22  A    No.
23  Q    Any other police contacts that you haven't told me about?
24  A    Yes.
25  Q    What department?
```

