UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEREMIAH CHESNEY,

        Plaintiff,                      CASE NO. 14-11097

v.

                                        HONORABLE GERALD E. ROSEN

CITY OF JACKSON, et al,

        Defendants.
_____/

**ORDER STRIKING STIPULATION (DOC. 18)**

On May 29, 2015, plaintiff's counsel filed a stipulation in violation of Rule 11 of the Court's Electronic Filing Policies and Procedures. Therefore,

IT IS HEREBY ORDERED that the Clerk is directed to strike the stipulation (Doc. 18). Plaintiff's counsel is directed to re-submit the stipulation in accordance with Rule 11 of the Court's Electronic Filing Policies and Procedures.

SO ORDERED.

Dated: June 1, 2015        s/Gerald E. Rosen
                                        Chief Judge, United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 1, 2015, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager, (313) 234-5135