UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jeremiah Chesney,  Case No. 2:14-cv-11097

    Plaintiff,

v.  Hon. Gerald Rosen

City of Jackson, et al.,

    Defendant.
_____/

STIPULATION AND ORDER REGARDING
SUPPLEMENTAL AUTHORITY

STIPULATION

The parties hereby agree that each will be allowed a maximum of three pages to supplement their briefs on Defendants' Motion for Summary Judgment in light of the recent 6th Circuit case *Northrup v. City of Toledo*. These briefs shall be submitted no later than June 15, 2015.

| | |
|---|---|
| s/Steven W. Dulan | s/ Audrey Forbush |
| Steven W. Dulan | Audrey Forbush |
| Attorney for Plaintiff | Attorney for Defendants |
| | |
| May 29, 2015 | May 29, 2015 |
| Dated | Dated |

ORDER

It is ordered that the parties shall compose briefs of no more than 3 pages regarding

*Northrup v. City of Toledo*. These briefs are to be submitted to the court no later than June 15, 2015.

Dated:  June 02, 2015                                s/Gerald E. Rosen
                                                     U.S. District Court Judge