UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEREMIAH CHESNEY,

    Plaintiff,                                     Case No. 14-11097

v.                                                   Hon. Gerald E. Rosen

CITY OF JACKSON, POLICE SERGEANT
PAUL GROSS, POLICE OFFICER TIMOTHY
BLACK, POLICE OFFICER WILLIAM
MILLS, POLICE OFFICER PETER POSTMA,
POLICE OFFICER CARY KINGSTON, and
MATTHEW R. HEINS,

    Defendants.
_____/

## JUDGMENT OF DISMISSAL

    At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on      March 21, 2016

    PRESENT:    Honorable Gerald E. Rosen
                              United States District Judge

    The Court having this day entered an opinion and order granting

Defendants' motion for summary judgment,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case be, and hereby is, DISMISSED in its entirety with prejudice.

                                        s/Gerald E. Rosen
                                        United States District Judge

Dated: March 21, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 21, 2016, by electronic and/or ordinary mail.

                                        s/Julie Owens
                                        Case Manager, (313) 234-5135